In the Matter of SINCLAIR HABERMAN, Appellant, v CITY OF LONG BEACH et al., Respondents.

Submitted October 6, 2003; decided November 24, 2003

Motion to dismiss appeal granted and appeal dismissed, with $400 costs and $100 costs of motion, upon the ground that no substantial constitutional question is directly involved.